AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| RICHARD YOUMANS<br><br>*Plaintiff(s)*<br>v.<br>S DOWN BELOW LLC d/b/a Seamore's, JAY WAINWRIGHT, and MICHAEL CHERNOW<br><br>*Defendant(s)* | ))))))))))))) | Civil Action No. 1:24-cv-02262-NGG-CLP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* S DOWN BELOW LLC d/b/a Seamore's
66 Water St
Brooklyn, NY 11201

JAY WAINWRIGHT
S DOWN BELOW LLC d/b/a Seamore's
142 E 71st St, Apt 5C
New York, NY 10021-5157

MICHAEL CHERNOW
S DOWN BELOW LLC d/b/a Seamore's
1230 Harlemville Rd
Ghent, NY 12075-2004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert Wisniewski, Esq.
Robert Wisniewski, P.C.
17 State Street, Suite 820
New York, NY 10004
Tel. (212) 267-2101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 03/28/2024

*s/Kimberly Davis*

*Signature of Clerk or Deputy Clerk*